UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANTINO BASILE,<br><br>    Plaintiff<br><br>v.<br><br>THE LOS ANGELES FILM SCHOOL, LLC, et al.,<br><br>    Defendants | Case No.: 2:24-cv-00108-APG-MDC<br><br>**Order Dismissing Case** |

On May 1, 2024, plaintiff Constantino Basile was advised by the court that his claims against numerous defendants would be dismissed without prejudice unless by May 31, 2024 Basile either filed proper proof of service or showed good cause why such service was not timely made. Basile has failed to do so.

I THEREFORE ORDER that Basile's claims against the below listed defendants are DISMISSED without prejudice:

   The Los Angeles Film School, LLC;

   Twentieth Century Fox Film Corporation;

   Scott Free Films, LLC;

   TMZ;

   Onza Partners SI;

   Onza Entertainment;

   Warner Bros. Entertainment, Inc.;

   Legendary Pictures;

   Christopher Nolan;

1. Jonathan Nolan;
2. Andrew Wachowski;
3. Lana Wachowski;
4. Rio All−Suites Hotel and Casino−Caesars Intertainment Corporation;
5. Las Vegas Metro Police Department;
6. Los Angeles Superior Court−Van Nuys;
7. Jams, Inc.;
8. Ford Harrison, LLP;
9. Oxnard Police Department;
10. Beverly Hills Police Department;
11. Michelle Obama;
12. Blake Lively;
13. Nancy Pelosi;
14. Gold Coast Cab Company; and
15. Chris Rock.

DATED this 27th day of June, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE