# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CONSTANTINO BASILE,

    Plaintiff

v.

THE LOS ANGELES FILM SCHOOL, LLC, et al.,

    Defendants

Case No.: 2:24-cv-00108-APG-MDC

**Order to Show Cause Why This Case Should Not Be Dismissed for Failure to Maintain Address**

The court's last two orders mailed to plaintiff Constantino Basile were returned in the mail with no forwarding address. ECF Nos. 84; 85. Basile has not since updated his address with the court. Under Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. . . . Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

I THEREFORE ORDER that by September 10, 2024, plaintiff Constantino Basile must update his address with the court. Failure to comply with this order by that date will result in dismissal of this action.

DATED this 27th day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE