UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANTINO BASILE,<br><br>　　　Plaintiff<br><br>v.<br><br>SONY PICTURES ENTERTAINMENT, INC, et al.,<br><br>　　　Defendants | Case No.: 2:24-cv-00108-APG-MDC<br><br>**Order Setting Deadline for Plaintiff Constantino Basile's Amended Complaint**<br><br>[ECF No. 88] |

　　　I ORDER that, consistent with my previous order (ECF No. 88) in which I granted plaintiff Constantino Basile leave to amend his complaint against the Santa Monica Police Department (City of Santa Monica), Basile must file the amended complaint against Santa Monica by November 15, 2024.

　　　DATED this 21st day of October, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE