UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANTINO BASILE,<br><br>    Plaintiff<br><br>v.<br><br>THE LOS ANGELES FILM SCHOOL, LLC, et al.,<br><br>    Defendants | Case No.: 2:24-cv-00108-APG-MDC<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF Nos. 95, 105] |

On November 6, 2024, Magistrate Judge Couvillier recommended that I deny as moot plaintiff Constantino Basile's motion to vacate my order that granted defendant Santa Monica Police Department's motion to dismiss and to allow Basile to amend the complaint. ECF Nos. 95; 105.  Judge Couvillier noted that the motion was moot because Basile filed an amended complaint. ECF No. 105.  Basile did not object to Judge Couvillier's recommendation.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

/ / / /

/ / / /

/ / / /

/ / / /

I THEREFORE ORDER that Magistrate Judge Couvillier's report and recommendation **(ECF No. 105) is accepted**, and plaintiff Constantino Basile's motion **(ECF No. 95) is DENIED as moot**.

DATED this 2nd day of December, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE