**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CONSTANTINO BASILE,<br><br>     Plaintiff<br><br>v.<br><br>THE LOS ANGELES FILM SCHOOL, LLC,<br>et al.,<br><br>     Defendants | Case No.: 2:24-cv-00108-APG-MDC<br><br>**Order (1) Denying Motions for Default and Reconsideration, (2) Dismissing Unserved Defendants, (3) Denying Leave to Amend, and (4) Closing this Case**<br><br>[ECF Nos. 188, 189] |

On September 12, 2025, I ordered plaintiff Constantino Basile to show cause why I should not dismiss all remaining defendants because Basile had not timely and properly served them. ECF No. 186 at 7. I advised Basile that if he did not respond to my order by September 30, 2025 or if he failed to show good cause for his failure to serve the defendants, I would dismiss his claims against the listed defendants without further notice. *Id.* at 8-9.

In response, Basile filed a motion for default and a motion for reconsideration. ECF Nos. 188; 189. Basile moves for reconsideration of my rulings dismissing his claims against certain defendants, but I see no basis for reconsideration, so I deny his motion. Basile continues to assert allegations related to his film school projects, copyright infringement, and the alleged related conspiracy, which I have already ordered he cannot pursue. *See* ECF Nos. 96; 99; 100; 185. Indeed, I entered a vexatious litigant order against Basile related to these allegations. ECF No. 100.

As to whether he accomplished service, Basile refers to the proofs of service he previously filed. But I explained why none of those documents shows proper proof of service.

ECF No. 186.  Basile thus has not shown that he properly completed service, nor has he shown good cause for this failure.  I therefore dismiss all remaining defendants.

Finally, Basile references a May 2025 incident with Las Vegas Metropolitan Police Department officers.  He requests leave to add as defendants "all Nevada law enforcement and any US agencies in Nevada," an "unknown nurse," district attorney Eric Bauman, and the Clark County justice court. ECF No. 188 at 16-18.  The May 2025 incident and the subsequent court proceedings are not a part of this litigation.  These events post-date the complaint and I have not given Basile leave to amend to add those allegations to this case.  Basile attempts to connect these new developments to the prior alleged conspiracy, but my vexatious litigant order enjoins him from filing a new complaint on those grounds. ECF No. 100 at 8.  I thus will not allow him to amend to do the same thing.

I THEREFORE ORDER that plaintiff Constantino Basile's motions for default judgment and reconsideration **(ECF Nos. 188, 189) are DENIED**.

I FURTHER ORDER that my order to show cause (ECF No. 186) is not satisfied, and I dismiss the following defendants without prejudice for failure to timely serve them:

Twentieth Century Fox Film Corporation;

Scott Free Films, LLC;

TMZ;

Onza Partners SL - Onza Entertainment;

Warner Bros. Entertainment, Inc.;

Legendary Pictures;

Christopher Nolan;

Jonathon Nolan;

Andrew Wachowski;

Lana Wachowski;

Rio All - Suites Hotel and Casino - Caesars Entertainment Corporation;

Los Angeles Superior Court - Van Nuys;

Ford Harrison, LLP;

Oxnard Police Department;

Beverly Hills Police Department;

Michelle Obama;

Blake Lively;

Nancy Pelosi;

Gold Coast Cab Company;

Chris Rock;

American Broadcast Company;

the United States Supreme Court;

the Pentagon;

Harrison Ford;

the Los Angeles County Medical Examiner;

U.S. District Court - Central District of California Western Division;

Ninth Circuit Court of Appeals;

Federal Bureau of Investigation;

Will Smith;

Alston & Bird, LLP;

Caldwell, Leslie & Proctor (Linda M. Burrow); and

3

Nevada District Court.

I FURTHER ORDER the clerk of court to close this case.

DATED this 2nd day of April, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE